435 A.2d 658

Sclocchini, Appellant v. Sclocchini.

**626**

 Argued December 4, 1979. William T. Luskus, for appellant; Karen J. Pholeric, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

The order of the court below is affirmed.